UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America, Plaintiff          Case No:     1:02-cr-228-01

v.                                           HONORABLE PAUL L. MALONEY

James Marshall West, Defendant
_____/

OPINION IN SUPPORT OF DENIAL OF MOTION
FOR REDUCTION/MODIFICATION OF SENTENCE

Defendant filed a Motion for Modification/Reduction of Sentence pursuant to 18 U.S.C. § 3582 (c)(2) and the retroactive "crack cocaine" amendments to the Sentence Guidelines.  (See DKT # 34.)

The Court denies the Motion.  Regretfully, the defendant never successfully completed treatment for alcohol or drug abuse while incarcerated.  He withdrew from the 500 hour residential substance abuse program in September 2006.  The Court notes the program was recommended for defendant at time of sentencing.  In addition, his discipline record while imprisoned reflects numerous violations.  U.S.S.G. § 1B1.10, Application Note 1 (B)(iii).

Accordingly, after consideration of the sentencing factors in 18 U.S.C. 3553 (a), the Court exercises its discretion and denies the Motion.


DATED:  June 16, 2008                        /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge